

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2025

No. 04-25-00115-CV

**IN RE** Presley Michael **BLOOM**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

On February 20, 2025, relator filed a petition for writ of mandamus asserting the trial court lacked jurisdiction over the portion of the underlying proceedings concerning the suit affecting the parent-child relationship.

After considering the mandamus petition and record, we conclude the April 10, 2025 UCCJEA order determines the jurisdiction over the suit affecting the parent-child relationship lies with the North Carolina court. Therefore, we **LIFT** our stay of the underlying proceedings.

We further **ORDER** the trial court to **VACATE** its denial of relator's plea to the jurisdiction pertaining to the child custody proceeding, **SEVER** the divorce proceeding from the suit affecting the parent-child relationship, and **DISMISS** the suit affecting the parent-child relationship. The writ will issue only in the event the trial court fails to comply within fifteen days from the date of this opinion.

It is so **ORDERED** on May 21, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2024CI23353, styled *In the Matter of the Marriage of Daniela Occhiuzzi-Bloom and Presley Michael Bloom, and In the Interest of P.B. and A.B., the children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Lisa Jarrett presiding.